STATE of Missouri, Respondent,

v.

Warren K. BENNING, Appellant.

No. ED 78110.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 17, 2003.

Steven Spoeneman, Sean Westhoff, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette Douglass, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., GLENN A. NORTON, J.

**ORDER**

PER CURIAM.

Defendant, Warren K. Benning, appeals from the judgment entered after a jury found him guilty of driving while intoxicated, a class D felony, and driving while revoked, a class A misdemeanor. No jurisprudential purpose would be served by a written opinion. The parties, however, have been provided with a memorandum for their information only setting forth the reasons for this order.

---

The judgment is affirmed. Rule 30.25(b).